IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| EXPORT DEVELOPMENT CANADA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) NO. 5:25-CV-00231-FL |
| MERCATOR, INC., | ) |
| Defendant. | ) |

**ORDER GRANTING CONSENT MOTION TO DISMISS CASE
PURSUANT TO TERMS OF SETTLEMENT AGREEMENT**

The Court, having reviewed the parties' Settlement Agreement, and good cause appearing,

**IT IS HEREBY ORDERED** that this case is dismissed in its entirety in accordance with the terms of the Settlement Agreement.

**IT IS FURTHER ORDERED** that this Court will retain nonexclusive jurisdiction over the parties and this case for the purpose of summarily adjudicating any disputes arising out of or related to the Settlement Agreement, including for the purpose of entering, in accordance with the Court's appropriate exercise of discretion, the consent judgment attached as Exhibit B to the Settlement Agreement in accordance with the Settlement Agreement's terms.

SO ORDERED this the 18th day of July, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge